## Notice of Service of Process

sop@cscinfo.com [sop@cscinfo.com]

**Sent:** Friday, October 02, 2009 4:41 PM

**To:** Karen Savignac

## Corporation Service Company ®

CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now.
For more information on instant access to your SOP, click Sign Me Up.

### NOTICE OF SERVICE OF PROCESS

Transmittal Number: 7031590
Date: 10/02/2009

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | The Wackenhut Corporation |
| **Entity I.D. Number:** | 0514713 |
| **Entity Served:** | The Wackenhut Corporation |
| **Title of Action:** | Sullivan C. Ledet, Jr. vs. Lawrence Shane Camp |
| **Document(s) type:** | Summons and Amended Complaint |
| **Nature of Action:** | Personal Injury |
| **Court:** | St. Bernard Parish District Court, Louisiana |
| **Case Number:** | 108-885 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 10/02/2009 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Michael C. Ginart, Jr.
504-271-0471

**Primary Contact:**
Ms. Karen Savignac
The Wackenhut Corporation

**Copy of transmittal only provided to:**



EXHIBIT A

https://red001.mail.microsoftonline.com/owa/?ae=Item&t=IPM.Note&id=RgAAAACiY...   10/2/2009

Ms. Jackie Stankard

---

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

---

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com

G4S Wackenhut is part of the G4S group of companies. This communication contains information which may be confidential, personal and/or privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any distribution, forwarding, copying or use of this communication or the information in it is strictly prohibited. Any personal views expressed in this e-mail are those of the individual sender and G4S Wackenhut does not endorse or accept responsibility for them. Prior to taking any action based upon this e-mail message, you should seek appropriate confirmation of its authenticity.

## Notice of Service of Process

sop@cscinfo.com [sop@cscinfo.com]

**Sent:** Friday, October 02, 2009 4:40 PM

**To:** Karen Savignac

# Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now.*
*For more information on instant access to your SOP, click Sign Me Up.*

### NOTICE OF SERVICE OF PROCESS

Transmittal Number: 7031580
Date: 10/02/2009

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | Wackenhut Services, Inc. |
| **Entity I.D. Number:** | 0514714 |
| **Entity Served:** | Wackenhut Services, Inc. |
| **Title of Action:** | Sullivan C. Ledet, Jr. vs. Lawrence Shane Camp |
| **Document(s) type:** | Summons and Amended Complaint |
| **Nature of Action:** | Personal Injury |
| **Court:** | St. Bernard Parish District Court, Louisiana |
| **Case Number:** | 108-885 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 10/02/2009 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Michael C. Ginart, Jr.
504-271-0471

**Primary Contact:**
Ms. Karen Savignac
The Wackenhut Corporation

**Copy of transmittal only provided to:**

Ms. Jackie Stankard

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

**2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com**

G4S Wackenhut is part of the G4S group of companies. This communication contains information which may be confidential, personal and/or privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any distribution, forwarding, copying or use of this communication or the information in it is strictly prohibited. Any personal views expressed in this e-mail are those of the individual sender and G4S Wackenhut does not endorse or accept responsibility for them. Prior to taking any action based upon this e-mail message, you should seek appropriate confirmation of its authenticity.

# CITATION

SULLIVAN C. LEDET, JR. AND
IRIS M. LEDET

Versus

LAWRENCE SHANE CAMP, XYZ INSURANCE
COMPANY, THE HERTZ CORPORATION, A SELF-
INSURED CORPORATION, AND STATE FARM
AUTOMOBILE INSURANCE COMPANY AS THE
UNINSURED/UNDERINSURED CARRIER OF
BETTY ALFONSO CORDOVA



Case: *108-885*
Division: " E "
34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: THE WACKENHUT CORPORATION
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
3200 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of MOTION AND ORDER FOR LEAVE TO AMEND AND FIRST SUPPLEMENTAL AND AMENDING PETITION. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 24TH day of SEPTEMBER, 2009.

JM (LEDET)

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/S/Jennifer L. Matlock

www.stbclerk.com

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard_____, _____.

_____
Sheriff

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 108 885                                               DIVISION " E "

SULLIVAN C. LEDET, JR. AND IRIS M. LEDET

VERSUS

LAWRENCE SHANE CAMP, XYZ INSURANCE COMPANY, THE HERTZ CORPORATION, A SELF-INSURED CORPORATION, AND STATE FARM AUTOMOBILE INSURANCE COMPANY AS THE UNISURED/UNDERINSURED CARRIER OF BETTY ALFONSO CORDOVA

Filed: SEP 2 4 2009                    Gwen S. Loze           Dy. Clk.

## MOTION FOR LEAVE TO AMEND AND
## FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, come plaintiffs, Sullivan C. Ledet, Jr., et al, who prays for leave to amend their original in the following respect:

1. By amending the caption of the original petition to read as follows:

SULLIVAN C. LEDET, JR. AND IRIS M. LEDET

VERSUS

LAWRENCE SHANE CAMP, COTTON STATE INSURANCE COMPANY, THE HERTZ CORPORATION, A SELF-INSURED CORPORATION, AND STATE FARM AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED CARRIER OF BETTY ALFONSO CORDOVA, THE WAKENHUT CORPORATION AND/OR WACKENHUT SERVICES, INC. AND GHI INSURANCE COMPANY

2. By changing in every incidence where the name XYZ appears in the petition as the insurer of Lawrence Shane Camp to read "Cotton State Insurance Company".

3. By adding paragraph III-A to read as follows:

"3-A

That made defendant herein is The Wackenhut Corporation and/or Wakenhut Services, Inc., according to information and belief, a foreign corporation licensed to do and doing business in the State of Louisiana, who at all times pertinent herein was the employer of Lawrence Shane Camp who was in the course and scope of his employment with The Wackenhut Corporation who is therefore responsible for the actions of its employees."

4. By adding paragraph III-B to read as follows:

"3-B

That made defendant herein is GHI INSURANCE COMPANY, which name is being used until the actual identity can be ascertained, according to information and belief, a foreign

insurance company authorized to do and doing business in the State of Louisiana who at all times pertinent herein issued a policy of liability insurance to defendant herein, The Wackenhut Corporation and/or Wackenhut Services, Inc., its employees, etc... which carried provisions of liability insurance applicable herein which on or about March 18, 2006 was in full force and effect and said insurance company is being sued under the Louisiana Direct Action Statute."

WHEREFORE, plaintiffs, Sullivan C. Ledet, Jr., et al, pray for leave to amend their original petition and reiterating the prayer in their original petition pray that after due proceedings are had there be judgment herein in their favor and against defendants, jointly, severally and in solido in an amount sufficient to compensate petitioner for the damages sustained, together with legal interest thereon from the date of judicial demand, all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted:

LAW OFFICES OF TONRY & GINART

RICHARD A. TONRY (LSB #12859)
**MICHAEL C. GINART, JR. (LSB #18910)**
KIM C. JONES (LSB #22448)
CULLEN A. TONRY (LSB #29457)
Attorney for Plaintiffs
2114 Paris Road
P.O. Box 32
Chalmette, LA 70044-0032
Telephone: 504-271-0471
Facsimile: 504-271-6293

FILED
@ 3:04 p.m.
SEP 16 2009
/S/Elizabeth A. Ruiz
DEPUTY CLERK
ST. BERNARD PARISH

## ORDER

Considering the allegations and prayer:

**IT IS ORDERED** that the foregoing Motion for Leave to Amend and First Supplemental and Amending Petition be filed as prayed for and in accordance to law.

CHALMETTE, LOUISIANA this 14th day of September, 2009.

/s/ Jacques A. Sanborn
JUDGE

A TRUE COPY

PLEASE SERVE:

Cotton State Insurance Company
Through the Long Arm Statute
c/o Florida Chief Financial Officer as RA
Service of Process Section
P.O. Box 6200
Tallahassee, FL 32314-6200

PARISH OF ST. BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK

/S/Jennifer L. Matlock

The Wackenhut Corporation
Through its Agent for Service of Process:
The Prentice-Hall Corporation System, Inc.
3200 Somerulos Street
Baton Rouge, LA   70802-6129

Wackenhut Services, Inc.
Through its Agent for Service of Process:
The Prentice-Hall Corporation System, Inc.
3200 Somerulos Street
Baton Rouge, LA   70802-6129

PLEASE SERVE:
 *WITH THE ORIGINAL PETITION ONLY*
The Hertz Corporation And
 Lawrence Shane Camp
Through its Attorney of Record
Mr. David M. McDonald
1615 Metairie Road
P.O. Box 55490
Metairie, LA   70055-5490

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

### STATE OF LOUISIANA

NO. **108 885**    DIVISION " "

### SULLIVAN C. LEDET, JR. AND IRIS M. LEDET

-versus-

### LAWRENCE SHANE CAMP, XYZ INSURANCE COMPANY, THE HERTZ CORPORATION, A SELF-INSURED CORPORATION, and STATE FARM AUTOMOBILE INSURANCE COMPANY as the Uninsured /Underinsured carrier of BETTY ALFONSO CORDOVA

Filed: MAR 0 8 2007   _____ Deputy Clerk

@ 1:55 pm

### PETITION FOR DAMAGES

The joint petition of Sullivan C. Ledet, Jr. and Iris M. Ledet, both persons of the full age of majority and residents of domiciled in the Parish of St. Bernard, State of Louisiana, who with respect represent:

I.

That made defendant herein is LAWRENCE SHANE CAMP, according to information and belief, a person of the full age of majority and a resident of and domiciled in the city of Hahira, State of Georgia.

II.

That made defendant herein is XYZ INSURANCE COMPANY, which name is being used until the actual identity can be ascertained, according to information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana who at all times pertinent herein issued a policy of liability insurance to defendant herein, Lawrence Shane Camp, which carried provisions applicable herein which on or about March 18, 2006 was in full force and effect and said insurance company is being sued under the Louisiana Direct Action Statute.

III.

That made defendant herein is THE HERTZ CORPORATION, according to information and belief, a foreign corporation licensed to do and doing business in the Parish of St. Bernard, State of Louisiana, who at all times pertinent herein was a self-insured corporation which provided automobile liability coverage to defendant, Lawrence Shane Camp which on or about March 18, 2006 was in full force and effect and said insurance company is being sued under the Louisiana Direct Action Statute.

IV.

That made defendant herein is State Farm Automobile Insurance Company, according to information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana who at all times pertinent herein issued a policy of uninsured/underinsured motorist insurance to Betty Alfonso Cordova, which on or about March 18, 2006 was in full force and effect and said insurance company is being sued under the Louisiana Direct Action Statute.

V.

That on or about March 18, 2006 plaintiffs herein were guest passengers in a 2006 Ford F-150 owned by Betty Alfonso Cordova, and was proceeding in an easterly direction on La 39 (Judge Perez Drive) approaching its intersection with Center Street in the Parish of St. Bernard, State of Louisiana.

VI.

That on the above date, defendant herein, Lawrence Shane Camp was the operator of a 2005 Toyota Highlander owned by The Hertz Corporation and was proceeding in a northerly direction on Center Street in the Parish of St. Bernard, State of Louisiana, when suddenly and without warning defendant, Lawrence Shane Camp, failed to yield and proceeded into the roadway of Center Street and W. Judge Perez Drive directly in front of the vehicle in which your petitioners were riding, causing their vehicle to violently strike defendant's vehicle in the left front fender/door causing severe and painful personal injuries to your plaintiffs which will be more fully set forth herein below.

VII.

That as a direct result of the above described accident, your petitioner, Sullivan C. Ledet, Jr., suffered pain, mental anguish and has suffered severe and painful personal injuries, including but not limited to, his neck and shoulder and aggravation to his back causing him to seek medical attention.

VIII.

That as a direct result of the above described accident, your petitioner, Iris M. Ledet, suffered pain, mental anguish and has suffered severe and painful personal injuries, including but not limited to, her neck and aggravation to her shoulder causing her to seek medical attention.

IX.

That the above described incident and subsequent damages and injuries sustained by your petitioner herein, occurred by no fault of petitioner and that the sole and proximate cause of said

incident and resultant damages and injuries sued upon herein resulted from the gross and wanton negligence of the defendants above named in the following particulars:

## NEGLIGENT ACTS OF DEFENDANT, LAWRENCE SHANE CAMP:

1. Operating his vehicle in a careless and wanton manner;
2. Failing to see what he should have seen;
3. Failing to keep his vehicle under control at all times;
4. Failing to maintain a proper lookout;
5. Failing to take any steps to avoid the impending collision;
6. Failing to act as a reasonable and prudent person would under the same or similar circumstances;
7. Failing to use due care in the operation of his motor vehicle;
8. Failing to be attentive to his surroundings and failure to have due and proper regard of the safety of others;
9. Failure to yield;
10. Failing to act as a reasonable and prudent person would under the same of similar circumstances, and other acts of negligence which were in contravention of the exercise of due care, prudence and the laws of the State of Louisiana, Parish of St. Bernard, which will be shown at the trial of this cause.

All of which said acts of negligence are in direct violation of the traffic ordinances of the Parish of St. Bernard and the laws of the State of Louisiana, which said laws and ordinances are pled herein as if copied *in extenso*.

X

That as a direct and proximate result of the above described negligence and resulting collision, your petitioners have sustained monetary losses in the form of medical bills incurred in their care and treatment, including but not limited to, past, present and future physical pain and suffering, mental anguish, inconvenience and aggravation and loss of income and wages and other out-of-pocket expenses.

XI.

That petitioners are entitled to recover all damages as are reasonable in the premises in accordance with the law of Louisiana from the date of judicial demand until paid.

XII.

That petitioners pray that all expert fees incurred in proving the liability and damage issues be taxed as costs to the defendants.

XIV.

**Plaintiffs do not anticipate that the damages sought by each petitioner do not exceed the sum of $75,000.00 exclusive of interest and cost at this time.**

WHEREFORE, petitioners, SULLIVAN C. LEDET, JR. AND IRIS M. LEDET pray that there be judgment herein in her favor and against the defendants, LAWRENCE SHANE CAMP, THE HERTZ CORPORATION, A SELF-INSURED CORPORATION, and STATE FARM AUTOMOBILE INSURANCE COMPANY as the Uninsured /Underinsured carrier of BETTY ALFONSO CORDOVA, jointly, severally and *in solido* in an amount to be determined by this Honorable Court, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, including expert fees and all general and equitable relief.

Respectfully submitted:

LAW OFFICES OF TONRY & GINART

RICHARD A. TONRY (LSB #12859)
MICHAEL C. GINART, JR. (LSB #18910)
KIM C. JONES (LSB #22448)
CULLEN A. TONRY (LSB #29457)
JEREMY K. LEE (LSB #30196)
Counsel for Plaintiffs
2114 Paris Road
Post Office Box 32
Chalmette, Louisiana 70044-0032
Telephone:   504-271-0471
Facsimile:    504-271-6293

**PLEASE SERVE:**

LAWRENCE SHANE CAMP
Through the Long Arm Statute
207 E. Lawson Street
Hahira, Georgia 31632

THE HERTZ CORPORATION
Through its Registered Agent
CT CORPORATION SYSTEM
8550 United Plaza Blvd.
Baton Rouge, LA 70809

STATE FARM AUTOMOBILE INSURANCE COMPANY
*Through the Secretary of State, State of Louisiana*
8549 United Plaza Blvd.
Baton Rouge, LA 70809