34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 108 885    DIVISION "E"    DOCKET NO.

SULLIVAN C. LEDET, JR. AND IRIS M. LEDET

VERSUS

LAWRENCE SHANE CAMP, XYZ INSURANCE COMPANY, THE HERTZ CORPORATION, A SELF-INSURED CORPORATION, AND STATE FARM AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED CARRIER OF BETTY ALFONSO CORDOVA

FILED  FEB 1 4 2008     _____
                         Deputy Clerk /S/ Betty Borne

### RESTRICTED MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel comes, plaintiffs, Sullivan C. Ledet, Jr. and Iris M. Ledet, and on suggesting to this Honorable Court that plaintiffs no longer wish to prosecute this action against State Farm Mutual Automobile Insurance Company, hereby moves that State Farm Mutual Automobile Insurance Company be dismissed from this litigation, without prejudice, all parties to bear their own costs:

IT IS ORDERED that State Farm Mutual Automobile Insurance Company be and is hereby dismissed, without prejudice, all parties to bear their own costs, reserving plaintiffs' right against any other parties.

Chalmette, Louisiana this ___22___ day of _____, 2008

_____
JUDGE

BY: _____
Michael C. Ginart, Jr.
Louisiana Bar Assoc. No.: 18916
2114 Paris Road
Chalmette, LA 70043
Telephone No.: (504)271-0471

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this __12th__ day of __February__, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile or by mailing same via the United States mail, properly addressed, and first class postage prepaid.

_____
DEIDRA L. COOPER

DLC/DJE

Return Certified Copies to Frederick A. Miller & Assos.

Our File No: 07

EXHIBIT B