UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SULLIVAN C. LEDET, JR., ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 09-7053 |
| LAWRENCE SHANE CAMP, ET AL | * | SECTION: "D"(4) |

### J U D G M E N T

For reasons set forth in this court's "Order and Reasons" of June 16, 2010, wherein the court granted the "Motion to Remand" filed by Plaintiffs, Sullivan C. Ledet, Jr. and Iris M. Ledet, for lack of subject matter jurisdiction,

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be and is hereby **REMANDED** to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this **16th** day of **June, 2010**.

A.J. McNAMARA
UNITED STATES DISTRICT JUDGE